IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

Case No. 22-cr-00220-RDB-1

**Summer Nichole McCroskey**

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _____David Walsh-Little (CJA)_____, and the Government was represented by Assistant United States Attorney _____Paul Budlow_____, it is

**ORDERED,** this __23rd__ day of __June__, __2022__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

Beth P. Gesner
United States Magistrate Judge