✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

2:20 pm, May 18 2023
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

# UNITED STATES OF AMERICA

## vs.

# SUMMER MCCROSKEY

**Criminal No. RDB-22-220**  **Court Exhibits**

## 5/18/23 Sentencing

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| **1** | **5/18/23** | **5/18/23** | **Various victim impact letters** |
| **2** | **5/18/23** | **5/18/23** | **Victim impact on behalf of minor victim Jane Doe** |

Exhibit List (Rev. 3/1999)