IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

**UNITED STATES OF AMERICA**  *

v.  *  Criminal No. RDB-22-0220

**SUMMER MCCROSKEY**  *

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that the above-named defendant, Summer McCroskey, hereby appeals to the United States Court of Appeals for the Fourth Circuit, from the judgment and sentence entered in this action (ECF No. 70) on May 23 , 2023.

Undersigned counsel was court-appointed for the limited purpose of representing Ms. McCroskey at the District Court level. Undersigned counsel will not be continuing to represent Ms. McCroskey in this appeal.

Respectfully submitted

_____/s/_____
DAVID WALSH-LITTLE, #23586
The Law Office of David Walsh-Little, LLC
1014 West 36th Street
Baltimore, Md 21211
Tel: 1.410.205.9337
Fax: 1.667.401.2414
Email: david@walshlittlelaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was sent to all parties via CM/ECF.

/s/
DAVID WALSH-LITTLE, #23586