
USDC-BALTIMORE
'23 AUG 15 PM3:17

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No. RDB-22-0220 |
| LAWRENCE COLBY, IV | * | |

******

## ORDER

This matter coming before the Court for a Sentencing hearing on this 15th day of August 2023, it is hereby

**ORDERED**,

That Government's Exhibit #1 is to be retained by the Clerk's Office and made part of the record.

_8/15/2023_  
Date

_Richard D. Bennett_  
*Senior United States District Judge*