

United States of America

vs.

Lawrence Aquilla Colby, IV

Civil No. RDB-22-0220    Government's Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | AUG 1 5 2023 | AUG 1 5 2023 | Victim Impact Statements |

Exhibit List (Rev. 3/1999)