

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA         *

vs.                              *       Criminal No. RDB-22-0220

**LAWRENCE COLBY, IV**           *

*****

## ORDER SEALING DOCUMENT(S)

For good cause shown, it is, this 15<sup>h</sup> day of August 2023 ,

**ORDERED** that:

The following documents are sealed:

Government Exhibits #1; and it is

**FURTHER ORDERED**

*Check One*

☐ The public docket shall not reflect entry of this order or of the filing of sealed documents.

☐ The public docket shall reflect entry of this order and the filing of sealed documents but not the nature of the sealed documents.

☑ The public docket shall reflect entry of this order and the nature of the sealed documents.

_____
*Richard D. Bennett*
*Senior United States District Judge*

Sealing Order - Criminal Documents (10/20/2005)